UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT J. ROGERS,<br><br>    Petitioner,<br><br>    v.<br><br>RICHARD KIRKLAND, Warden,<br><br>    Respondent. | Case No. CV 06-2720-SVW(AJW)<br><br>JUDGMENT |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: 4/21/11

_____
Stephen V. Wilson
United States District Judge